[No. 10,263.]

THE PEOPLE v. L. B. ENGLISH.

EVIDENCE OF DECLARATIONS. —If two are jointly indicted for larceny, and have separate trials, the declarations of the one not on trial, made after the offense was fully consummated, are not admissible against the other on his trial.

APPEAL from the County Court, County of Lake.

The defendant and William Turner were jointly indicted for grand larceny, committed by stealing an ox on the 17th of Octo-

ber, 1876. The defendant had a separate trial. On the trial the prosecution called John Polson as a witness, and he was permitted, against the objection of the defendant, to testify that on the 17th of September, 1876, he was passing the slaughter-house of Graham & Daily, about one o'clock at night, and saw an animal being drawn into it, and heard heavy blows, and that a short time after this he and Turner were crossing Cobb Mountain, and Turner said to him, when on Cobb Mountain, pointing to a certain place, " There is the place where I and English got that ox that there is so much fuss about." The prosecution, before this, had introduced evidence tending to prove that both Turner and English drove the ox to the slaughter-house on said night, and that its ears and hide had been found there the next day. The defendant was convicted, and appealed.

*R. McGarvey* and *A. E. Noel*, for the Appellant.

*Jo Hamilton*, Attorney-General, for the People.

By the COURT:

The evidence of the declaration of Turner, *made after the alleged offense was fully consummated*, was not admissible against English, the only defendant on trial. (1 Bishop Crim. Proc. sec. igi.)

Judgment reversed and cause remanded for a new trial.